UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS PENSION FUND, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> INDUSTRIAL CONTROLS GROUP, INC., <br><br> Defendant. | No. 1:13-cv-00794-AWI-JLT <br><br> **ORDER OF DISMISSAL** |

Pursuant to the joint stipulation for dismissal with prejudice filed August 27, 2013 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that this matter be dismissed with prejudice, each party to bear its own costs, attorney fees and expenses. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   August 28, 2013                                      _____

                                                                                    SENIOR DISTRICT JUDGE

1